IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM ZULESKI,
HOWARD LEON POWELL, JR.,
MADISON PAYETTE,
Individually and as Representatives of a
    Proposed Class on Behalf of Themselves
    and Others Similarly Situated,

          Plaintiffs,

v.          CIVIL ACTION NOS.  2:05-0880
                                                    2:05-0881
                                                    2:05-0882

HARTFORD ACCIDENT AND INDEMNITY CO., et al.,

          Defendants.

**ORDER**

Pending before the Court is Defendants' motion for stay of time in which to answer Plaintiffs' complaint. The Defendants removed this action from the state court for the second time on November 4, 2005. Plaintiffs have indicated that they intend to file a remand motion. Because of the circumstances of this case, a stay of time in which to answer or respond to Plantiffs' complaint is warranted. Accordingly, the Court **GRANTS** Defendants' motion until further order by the Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:      November 14, 2005

                                ROBERT C. CHAMBERS
                                UNITED STATES DISTRICT JUDGE